IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DSTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| Alvin M. Fenderson, | : | |
| Petitioner, | : | Case No. 2:06-cr-100 |
| | : | Case No. 2:13-cv-399 |
| United States of America, | : | JUDGE GEORGE C. SMITH |
| Respondent. | : | Magistrate Judge Kemp |

ORDER

On May 13, 2014, this matter came before the Court for an evidentiary hearing on Petitioner's 28 U.S.C. § 2255 petition. Petitioner Fenderson was present with counsel. At the start of the hearing, Fenderson indicated that he did not wish to go forward with the hearing, and was dismissing his 28 U.S.C. § 2255 petition. After inquiring of Petitioner Fenderson as to whether this was his voluntary act, the Court accepted the dismissal.

WHEREFORE, it is recommended that this matter be dismissed with prejudice.

/s/ Terence P. Kemp

United States Magistrate Judge